UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANETIRONY CLERVRAIN,

                Plaintiff,                    Case Number 24-12922

v.                                                  Honorable David M. Lawson

U.S. OFFICE OF INTERNATIONAL AFFAIRS,
FEDERAL DEPOSIT INSURANCE CORP.,
NATIONAL CREDIT UNION
ADMINISTRATION, and UNITED STATES
MARSHAL SERVICE,

                Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING THE COMPLAINT, AND EXTINGUISHING PENDING MOTIONS

Presently before the Court is the report issued on April 11, 2025 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss the complaint for failure to state any discernible claim for relief and extinguish all of the plaintiff's dozens of pending motions. The deadline for filing objections to the report has passed. Despite the fact that the plaintiff has submitted numerous daily reiterations of the same previously tendered and wholly incomprehensible "motions" and other inscrutable documents covering various topics, no objections to the recommendation for dismissal have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 107) is **ADOPTED**, and the complaint in its entirety is **DISMISSED WITH PREJUDICE**. All of the plaintiff's pending motions (ECF Nos. 2-6, 10, 15-19, 21, 24-54, 56-61, 65-73, 82, 84, 89, 93, 94, 101, 103, 106, 108, 113, 114, 130, 145, 146) are **DISMISSED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: May 5, 2025