UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANETIRONY CLERVRAIN,

        Plaintiff,

v.

U.S. OFFICE OF INTERNATIONAL AFFAIRS,
FEDERAL DEPOSIT INSURANCE CORP.,
NATIONAL CREDIT UNION
ADMINISTRATION, and UNITED STATES
MARSHAL SERVICE,

        Defendants.
_____/

Case Number 24-12922
Honorable David M. Lawson

## ORDER STRIKING POST-JUDGMENT FILING

On May 5, 2025, after receiving no objections from the plaintiff, the Court adopted a report and recommendation from the assigned magistrate judge and dismissed the complaint and the plaintiff's dozens of pending motions on various questionable topics. The plaintiff has continued to submit papers in this matter since the case was closed more than three months ago. On July 17, 2025, he filed a document captioned as follows: "Motion Executive Orders Act (EOA) or Matters Torts Act (MTA) by Resolved Under Florida Act (RFLA)". The body of the paper, like the dozens of prior filings in this matter, consists of indecipherable gibberish devoid of any discernible recitation of pertinent facts or legal authority. The filing will be stricken.

Accordingly, it is **ORDERED** that the plaintiff's motion (ECF No. 177) is **STRICKEN**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:   August 6, 2025